```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0014--CV (JWS)
              "HOWARD HUGHES V PURCELL SECURITY ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/19/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (443) Accommodations

            Origin: (2) Removed from State Court
            Demand: 600
        Filing fee: Paid $150.00 on 01/19/05 receipt # 00124897
          Trial by: Jury
```

Parties of Record:                                    Counsel of Record:

PLF 1.1         HUGHES, HOWARD                        Howard Hughes
                                                      Pro Per
                                                      3300 Tarwater Street, Apt. 2
                                                      Anchorage, AK 99508
                                                      907-279-1814


DEF 1.1         PURCELL SECURITY                      Thomas M. Daniel
                                                      Perkins Coie
                                                      1029 W. 3rd Avenue, Suite 300
                                                      Anchorage, AK 99501-1981
                                                      907-279-8561
                                                      FAX 907-276-3108


DEF 2.1         MILLER, E.                            No counsel found for this party!


DEF 3.1         ANCHORAGE PARKING AUTHORITY           Thomas M. Daniel
                                                      (see above)


DEF 4.1         ANCHORAGE, MUNICIPALITY OF            Mark A. Ertischek
                                                      Municipal Attorney's Office
                                                      POB 196650
                                                      Anchorage, AK 99519
                                                      907-343-4545
                                                      FAX 907-343-4550

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0014--CV (JWS)
                            "HOWARD HUGHES V PURCELL SECURITY ET AL"

                                       For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
            Filed: 01/19/05
           Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (443) Accommodations

            Origin: (2) Removed from State Court
            Demand: 600
        Filing fee: Paid $150.00 on 01/19/05 receipt # 00124897
          Trial by: Jury


Document #   Filed      Docket text

    1 -   1  01/19/05   DEF 1; 3-4 Notice of Removal from Superior Court for State of Alaska
                        3AN-04-12732.

    2 -   1  01/19/05   DEF 1 Notice to adverse parties of filing notice of removal.

    3 -   1  01/19/05   DEF 1 Notice of filing pleadings w/att exhs.

    4 -   1  01/19/05   DEF 1 Service List.

    5 -   1  01/19/05   DEF 1 Disclosure Statement.

    6 -   1  01/21/05   JWS Minute Order to petitioner subsequent to removal.  Petitioner to
                        file w/i 10 days copies of state court docs and svc list. cc: cnsl

    7 -   1  01/24/05   DEF 4 Attorney Appearance of Mark A. Ertischek (MUNI).

    8 -   1  01/24/05   DEF 4 Answer to Complaint.

    9 -   1  01/25/05   DEF 3-4 Attorney Appearance of Mark A. Ertischek (MUNI).

   10 -   1  01/31/05   DEF 1 Corrected notice of filing def's rule 7.1 Disclosure statement.

   11 -   1  04/08/05   JWS Minute Order directing plf to file proof of svc re: DEF 2 w/i 120
                        days of filing cmplt & require DEF 3 to ans or apply for dft re: DEF 3
                        w/i 20 days. cc: cnsl

   12 -   1  04/13/05   DEF 3 Answer to Complaint.

   13 -   1  05/06/05   JWS Minute Order that proof of svc on DEF 2 is lacking; if proof of svc
                        not on file w/i 120 days from filing of cmplt def will be dism. cc: cnsl

   14 -   1  05/06/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   15 -   1  05/23/05   DEF 3 Attorney Substitution of T. Daniel for M. Ertischek.

   15 -   2  05/24/05   Order allowing substitution of cnsl. cc: cnsl


ACRS: R_VDSDX              As of 10/31/05 at 4:51 PM by GARRY                        Page 1
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0014--CV (JWS)
                       "HOWARD HUGHES V PURCELL SECURITY ET AL"

                                For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 05/25/05 | PLF 1 Return of Service Executed re: DEF 2 executed on 12/30/04. |
| 17 - 1 | 05/27/05 | DEF 1; 3-4 S & P Planning Conference Report. |
| 18 - 1 | 05/31/05 | JWS Minute Order that plf require ans from DEF 2 or apply for dft w/i 20 days. cc: cnsl |
| 19 - 1 | 05/31/05 | JWS Minute Order that plf show good cause w/i 15 days why case shouldn't be dism w/o prej for failure to diligently prosecute. cc: cnsl |
| 20 - 1 | 06/10/05 | PLF 1 Response to Order to show cause. |
| 21 - 1 | 06/16/05 | JWS Minute Order that parties to meet by 6/30/05 re: Rule 26(f) meeting; if parties can't agree on a time to meet then the meeting is set for 6/27/05 @ 8:00 a.m. @ office of defense cnsl; def cnsl to file rpt as soon as possible after the meeting. cc: cnsl |
| 22 - 1 | 07/08/05 | DEF 1; 3 Notice of failure to conduct planning and scheduling conference. |
| 23 - 1 | 07/11/05 | DEF 1; 3 Notice of defective svc on E. Miller w/att aff. |
| 24 - 1 | 07/11/05 | DEF 1; 3 Notice of filing fax aff of R. Zembower w/notice of defective svc. |
| 25 - 1 | 07/13/05 | JWS Minute Order that by 7/25/05 plf file memo showing good cause why case shouldn't be dism w/o prej for failure to comply w/crt's ord. cc: cnsl |
| 26 - 1 | 07/13/05 | DEF 1; 3 Notice of filing original Affidavit of R. Zembower in support of def's notice of defective svc w/att aff. |
| 27 - 1 | 07/18/05 | JWS Minute Order re: attached letter from plf; def cnsl to review letter & respond in memo w/i 15 day as to whether it shows good cause; if def's memo indicates letter shows good cause memo to suggest time & place of meeting w/plf; if def disputes that good cause is shown crt to rule on dispute w/att letter. cc: cnsl |
| 28 - 1 | 08/01/05 | DEF 1; 3-4 non-opposition to plf's good cause memo. |
| 29 - 1 | 08/02/05 | JWS Minute Order that crt will not dismiss case @ this time; parties to proceed as outlined in papers @ dkt 28. cc: cnsl |
| 30 - 1 | 08/30/05 | DEF 1; 3 Scheduling & Planning Conference Report. |
| 31 - 1 | 09/16/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 05/26/06; Dispositive motions deadline 06/26/06; Estimate of trial 6 days; TBJ. cc: cnsl |