Mark A. Ertischek
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 (fax)

Attorney for Defendant
Municipality of Anchorage

PERKINS COIE,LLP
Jacob B. Nist
1029 W 3rd Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
e-mail: jnist@perkinscoie.com
Attorney for Defendants NANA Management
Services, LLC dba Purcell Security Services and
Anchorage Parking Authority

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| HOWARD HUGHES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PURCELL SECURITY AUTHORITY, )<br>E. MILLER, SECURITY OFFICER, )<br>ANCHORAGE PARKING AUTHORITY, )<br>AND MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendants. )<br>_____) | Case No. 3:05-cv-00014 TMB |

<u>JOINT STATUS REPORT</u>

Come now defendants and hereby submit this status report as per the court's order dated May 8, 2006. This report is submitted jointly by the defendants.

## NATURE OF THE CASE

The Plaintiff alleged that the defendants violated his rights when security guards employed by Purcell Security, an independent contractor, providing security services for the Anchorage Parking Authority, required the plaintiff to leave the Anchorage Transit Center. Plaintiff alleges that he was asked to leave the Anchorage Transit Center because of his race. Defendants contend that plaintiff was required to leave after threatening several security guards.

## DISCOVERY

The defendants sent their initial disclosures to the plaintiff and took his deposition. The plaintiff did not provide the defendants with any initial disclosures, provide a witness list or otherwise engage in any discovery.

## TRIAL

The defendant Municipality of Anchorage intends to file a motion for summary judgment if settlement negotiations are unsuccessful. The other defendants are evaluating whether they will be filing a motion for summary judgment. Otherwise, the defendants are ready to try the case. The defendants do not know if the plaintiff is ready to go to trail.

## SETTLEMENT

The plaintiff has stated that he wants to settle the case rather than proceed to trial. Active negotiations have not yet commenced.

Respectfully submitted May __, 2006.

                                   FREDERICK H. BONESS
                                   Municipal Attorney

                                   /s/ Mark A. Ertischek
                                   Assistant Municipal Attorney
                                   Alaska Bar No. 7410073


                                   PERKINS COIE LLP
                                   Atttorneys for Defendants
                                   NANA Management Services, LLC
                                   dba Purcell Security Services and
                                   Anchorage Parking Authority

                                   /s/ Jacob B. Nist
                                   Alaska Bar No. 0211051
                                   1029 West Third Avenue, Suite 300
                                   Anchorage, Alaska  99501
                                   tdaniel@perkinscoie.com


Certificate of Service
The undersigned certifies that on the __ day of May, 2006 I mailed by first class U.S. mail a true and correct copy of "Status Report" to:
      H. Hughes

/s/ Retah Hicks
Retah Hicks, Legal Secretary
Municipal Attorney's Office