Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendants NANA Management Services, LLC d/b/a Purcell Security Services and Anchorage Parking Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOWARD HUGHES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PURCELL SECURITY, et al.,<br><br>　　　　　　Defendant. | Case No. 3:05-cv-0014-tmb |

**PURCELL SECURITY SERVICES AND ANCHORAGE PARKING AUTHORITY'S MOTION FOR EXTENSION OF TIME**

Defendants, Purcell Security Services and Anchorage Parking Authority, move this Court for an extension of time for the deadline for all parties to file dispositive motions until July 21, 2006. Plaintiff's deposition transcript is not available at this time and the parties are currently considering settlement.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION FOR EXTENSION OF TIME
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws                  - 1 -                  [11402-0014-000000/AA061740.013]

DATED: June 23, 2006.

        **PERKINS COIE LLP**
        Attorneys for Defendants NANA
        Management Services, LLC d/b/a Purcell
        Security Services and Anchorage Parking
        Authority


        s/Thomas M. Daniel
          Alaska Bar No. 8601003
          1029 West Third Avenue, Suite 300
          Anchorage, Alaska 99501
          907/279-8561

I hereby certify that a true and correct copy of the foregoing is being served on Howard Hughes and Mark Ertischek this 23rd day of June, 2006.
s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION FOR EXTENSION OF TIME
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws     - 2 -    [11402-0014-000000/AA061740.013]