Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendants NANA Management Services, LLC d/b/a Purcell Security Services and Anchorage Parking Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOWARD HUGHES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PURCELL SECURITY, et al.,<br><br>　　　　　Defendant. | Case No. 3:05-cv-0014-tmb |

**PROPOSED ORDER**

Having considered defendants, Purcell Security Services and Anchorage Parking Authority's motion for an extension of time for the deadline for all parties to file dispositive motions until July 21, 2006, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

ORDER
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws              - 1 -              [11402-0014/AA061740.014]

DATED: _____.

_____
Timothy M. Burgess
U.S. District Court Judge

I hereby certify that a true and correct copy of the foregoing is being served on Howard Hughes and Mark Ertischek this 23rd day of June, 2006.
s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws                - 2 -                [11402-0014/AA061740.014]