Mark A. Ertischek
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
uslit@muni.org
(907) 343-4545
(907) 343-4550 (fax)

Attorney for Defendant
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| HOWARD HUGHES,                              )<br>                                                               )<br>               Plaintiff,                               )<br>                                                               )<br>vs.                                                           )<br>                                                               )<br>PURCELL SECURITY AUTHORITY,       )<br>E. MILLER, SECURITY OFFICER,          )<br>ANCHORAGE PARKING AUTHORITY,  )<br>AND MUNICIPALITY OF ANCHORAGE, )<br>                                                               )<br>               Defendants.                          )<br>_____) | Case No. 3:05-cv-00014 TMB |

<u>JOINDER OF MUNCIPALITY OF ANCHORAGE IN PURCELL SECURITY
AUTHORITY AND ANCHORAGE PARKING AUTHORITY'S
MOTION FOR EXTENSION OF TIME</u>

Comes now, the Defendant Municipality of Anchorage and hereby joins in the Purcell Security Authority's and Anchorage Parking Authority's motion for extension of time to file dispositive motions in this case, for the reason stated in the motions.

Respectfully submitted June 30, 2006.

                FREDERICK H. BONESS
                Municipal Attorney

By: /s/ Mark A. Ertischek_____
     Assistant Municipal Attorney
     P.O. Box 196650
     Alaska 99519-6650
     uslit@muni.org
     (907) 343-4545
     (907) 343-4550 (fax)
     Alaska Bar No. 7410073

Certificate of Service
The undersigned certifies that on the 30th day of June, 2006
I mailed by first class U.S. mail a true and correct copy
of "Joinder of MOA in Purcell Security and APA's Motion
for Extension of Time" to:
     H. Hughes
     T. Daniels
/s/ Retah Hicks_____
Retah Hicks, Legal Secretary
Municipal Attorney's Office