Mark A. Ertischek
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
Fax (907) 343-4550
e-mail:  uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOWARD HUGHES, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| PURCELL SECURITY AUTHORITY, | ) |
| E. MILLER, SECURITY OFFICER, | ) |
| ANCHORAGE PARKING AUTHORITY, | ) |
| AND MUNICIPALITY OF ANCHORAGE, | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) Case No. 3:05-cv-00014- TMB |

**MUNICIPALITY OF ANCHORAGE'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the Municipality of Anchorage, by and through counsel, Mark A. Ertischek, Assistant Municipal Attorney, moves for summary judgment on all of the claims alleged by the Plaintiff in his complaint, pursuant to Federal Rule of Civil Procedure 56.  There are no genuine issues of material fact and the Defendant

Municipality of Anchorage is entitled to judgment as a matter of law.  This motion is supported by the attached memorandum and exhibits.

Respectfully submitted July 21, 2006.

    FREDERICK H. BONESS
    Municipal Attorney

By: s/Mark A. Ertischek
    Mark A Ertischek
    Assistant Municipal Attorney
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    (907) 343-4545
    Fax (907) 343-4550
    e-mail:  uslit@muni.org
    Alaska Bar No. 7410073

The undersigned hereby certifies that on 07/21/06 a
true and correct copy of the *Motion for Summary Judgment*
was served electronically on:
    Tom Daniel
and by regular U.S. mail on:
    Howard Hughes
    7100 Stella Place, #1
    Anchorage, AK  99507

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorney's Office

Defendant Municipality of Anchorage's Motion for Summary Judgment
Hughes v MOA  Case No, 3:05-cv-00014- TMB
Page 2 of 2