Mark A. Ertischek
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
Fax (907) 343-4550
e-mail:  uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOWARD HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PURCELL SECURITY AUTHORITY, | ) |
| E. MILLER, SECURITY OFFICER, | ) |
| ANCHORAGE PARKING AUTHORITY, | ) |
| AND MUNICIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____) | Case No. 3:05-cv-00014- TMB |

## PROPOSED ORDER ON
## MUNICIPALITY OF ANCHORAGE'S MOTION FOR SUMMARY JUDGMENT

Defendant Municipality of Anchorage, having moved this court for summary judgment pursuant to Federal R. Civ. P. 56, and this Court having considered any opposition and reply and being duly advised of the premises,

IT IS HEREBY ORDERED:

That Defendant Municipality of Anchorage's Motion for Summary Judgment is GRANTED. No remaining claims exist for further adjudication.

Dated this _____ day of _____ 2006.

                                                                                    _____
                                                                                    Timothy M. Burgess
                                                                                    U. S. District Court Judge

The undersigned hereby certifies that on _____ a
true and correct copy of the *Order on
the Municipality's Motion for Summary Judgment*
was served electronically on:
        Tom Daniel
and by regular U.S. mail on:
        Howard Hughes
        7100 Stella Place, #1
        Anchorage, AK  99507

_____

Proposed Order on
Defendant Municipality of Anchorage's Motion for Summary Judgment
Hughes v MOA   Case No, 3:05-cv-00014- TMB
Page 2 of 2