AMENDED AND APPROVED

DATE 2-28-84

Submitted by:  Chairman of the Assembly
                at the request of the Mayor
Prepared by:   Department of Law
For Reading:   January 3, 1984

ANCHORAGE, ALASKA
AO No.  84-10 (S)

AN ORDINANCE ESTABLISHING THE ANCHORAGE PARKING AUTHORITY AND
DEFINING ITS POWERS.

THE ANCHORAGE ASSEMBLY ORDAINS:


    Section 1.  Declaration of Findings and Policy.

    A.  The Assembly finds that the rapid growth of
Anchorage has created a demand for parking that can be met in
certain areas of Anchorage only by constructing parking garages
and other similar off-street parking facilities; that construct-
ing and operating off-street parking facilities is a proper
municipal function under the Constitution of the State of Alaska
and the Anchorage Municipal Charter; that the proper growth and
development of high density areas of the Municipality require the
construction of adequate off-street parking facilities, and that
the construction costs of off-street parking facilities and the
cost of borrowed money to finance construction in high density
areas of the Municipality make the construction of such facilities
by private enterprise without municipal participation expensive
and unattractive.

Attachment "A"

AO No. 83-_____
Page 2

B.  It is the policy of the Municipality to centralize planning for public on-street and off-street parking in one agency to authorize that agency to set all rates and charges for on-street parking, and public off-street parking under the control of the Municipality; and to authorize that agency to acquire, construct, lease and operate off-street parking facilities.  It is the policy of the Municipality that these activities be coordinated with the Municipality's transportation and land use planning regulation, to further the goals and policies of the Comprehensive Development Plan and plans adopted by the Assembly for regions or neighborhoods within the Municipality.

C.  The Assembly declares that the exercise of home rule powers of the Municipality granted by the constitution of the State of Alaska and the Anchorage Municipal Charter is required to implement the policies declared in subsections A and B of this section, and that implementation requires the creation of a municipal parking authority with powers to construct and operate off-street parking facilities and  to borrow money and issue bonds and notes to raise capital funds for the construction of such facilities.  The Assembly declares

AO No. 83-_____
Page 3

further that the establishment of an authority governed by a
board is the most satisfactory means to provide for the planning,
construction and operation of off-street parking facilities.  The
exercise of the powers conferred by this ordinance is an essen-
tial governmental function of the Municipality.

        Section 2 Anchorage Municipal Code 9.06.090.A.11 is
amended as follows:

        11. To supervise the enforcement of Chapter 9.30, 9.32
           and 9.34 of this title by parking enforcement offi-
           cers, and to issue and control citation books used
           by such officers, which duties may be delegated, in
           whole or in part, to the Anchorage Parking
           Authority; and

        Section 3.    Anchorage Municipal Code Chapter 9.50 is
enacted as follows:

Chapter 9.50

ANCHORAGE PARKING AUTHORITY

Sections:

    9.50.010   Anchorage Parking Authority
    9.50.020   Board of Directors
    9.50.030   Executive Director; Staff
    9.50.040   Fiscal Management
    9.50.050   Powers of the Authority
    9.50.060   Bonds of the Authority
    9.50.070   Security for Bonds
    9.50.080   Limitation of Liability on Bonds

AO No. 83-_____
Page 4

        9.50.090   Convenant with Bondholders
        9.50.100   Trust Indentures and Trust Agreements
        9.50.110   Exemption from Taxes
        9.50.120   Public Loans or Donations to or Cooperation with
                     Authority
        9.50.130   Reports and Recommendations
        9.50.140   Annual Budget
        9.50.150   Annual Audit
        9.50.160   Review of Plans
        9.50.170   Definitions

9.50.010.   Anchorage Parking Authority.

        There is an Anchorage Parking Authority, a public corporate
authority of the Municipality.   The Authority is an instrument of
the Municipality, but exists independently of and separately from
the Municipality.   The Authority shall continue to exist until
terminated by ordinance.   When the Authority's existence is ter-
minated, all of its rights, assets and properties shall pass to
the Municipality.

9.50.020.   Board of Directors.
        The Municipal Manager and Executive Manager for Public Services are members of the
        ~~The~Authority~shall~be~governed~by~a~Board~of~Directors~con-~~
~~sisting~of~nine~(9)~members~~.   Board.   The Mayor appoints the other seven (7)
Board members, subject to confirmation by the Assembly.
9.50.030.   Executive Director; Staff
        The Parking Authority Board of Directors shall select the Executive Director
of the Authority subject to the concurrence of the Mayor and the Municipal Assembly.
~~The~Executive~Manager~for~Public~Services~is~the~Executive~~
~~Director~of~the~Authority.   The~Executive~Director,~with~the~con-~~
~~currence~of~the~Mayor,~may~designate~other~employees~of~the~~
~~Municipality~to~act~as~the~Authority's~staff.~~

9.50.040  Fiscal Management
                                          be advisor to
        The Chief Fiscal Officer shall/~advise~ the Authority regarding
its financial affairs, including but not limited to establishing
and maintaining the Authority's funds.   The Chief Fiscal Officer,
auditors appointed by the Chief Fiscal Officer, and the internal
auditor may examine and audit the books and records of the
Authority regarding its financial affairs, and the Chief Fiscal
Officer and the internal auditor may make recommendations to the
Authority, the mayor and the Assembly regarding the Authority's
financial affairs.   The Parking Authority shall comply and utilize the
competitive bidding processes of Title 7 of the Anchorage Municipal Code.

AO No. 83-_____
Page 5

### 9.50.050. Powers of the Authority.

A.  In furtherance of its corporate purposes, the Authority has the following powers, in addition to its other powers:

1.  To sue and be sued;

2.  To have a seal and alter it at pleasure;

3.  To adopt, amend and repeal by-laws for its organization and internal management;

4.  To operate, manage and control off-street parking facilities and all properties pertaining thereto;

5.  to design, construct, improve, alter or repair an off-street parking facility or any part of an off-street parking facility in accordance with Section 9.50.160;

6.  to acquire an interest in an off-street parking facility as necessary or appropriate to provide financing for the facility, whether by purchase, gift or lease;

7.  to lease to others an off-street parking facility or any part of an off-street parking facility for the rentals and upon the terms and conditions the Authority may consider advisable, including, without limitation, provisions for options to purchase or renew;

8.  to acquire, own, sell, lease, exchange, donate, convey or encumber in any manner, by mortgage or by creation of any other security interest, real or personal property owned by it or in which it has an interest;

9.  to issue bonds in accordance with Section 9.50.060 to pay the cost of an off-street parking facility or to retire any bonds previously issued by it, and to secure payment of the bonds as provided in this chapter;

10. to accept gifts, grants or loans from, and enter into contracts or other transactions regarding them with any governmental or private agency or entity;

AO No. 83-_____
Page 6

> 11.  to deposit or invest its funds, subject to agreements with bondholders;
>
> 12.  to purchase its bonds, all bonds so purchased to be cancelled;

B.  The Authority also shall have the following powers:

> 1.  To investigate and study parking conditions in Anchorage;
>
> 2.  to establish and revise rent and fee schedules for on-street parking in Anchorage and for off-street parking owned or managed by the Authority and off-street public parking owned by the Municipality;
>
> 3.  to make and enforce rules governing the use of off-street parking facilities owned or managed by the Authority;
>
> 4.  to manage on behalf of the Municipality off-street public parking facilities, and spaces designated by the Municipal Traffic Engineer for on-street parking;
>
> 5.  to enter into contracts or agreements with respect to the exercise of any of its powers and to do all things necessary or convenient to carry out its corporate purposes and exercise the powers granted in this chapter.

C.  Except as this chapter provides otherwise, the Authority is not subject to Titles 3, 6, 7 or 25 of this Code.

9.50.060.  Bonds of the Authority.

A.  Bonds of the Authority are authorized by resolution of its Board of Directors and shall be dated and shall mature as the resolution may provide.  Bonds shall bear interest at the rate or rates, be in the denominations, be in the form, either coupon or registered, carry the registration privileges, be executed in the manner, be payable in the medium of payment, at the place or places and be subject to the terms of redemption which the resolution or a subsequent resolution may provide.

AO No. 83-_____
Page 7

B.  All bonds, regardless of form or character, shall be negotiable instruments for all the purposes of the Uniform Commercial Code.

C.  All bonds may be sold at public or private sale in the manner, for the price or prices and at the time or times which the Authority may determine.

D.  The Authority may not issue bonds other than refunding bonds during any 12-month period in an amount that exceeds the amount approved by Assembly ordinance for that 12-month period.

9.50.070.  Security for Bonds.

The Authority may issue bonds including, but not limited to, bonds on which the principal and interest are payable exclusively from the income and revenue of the off-street parking facility financed with the proceeds of the bonds, exclusively from the income and revenue of off-street parking facilities whether or not they are financed in whole or in part with the proceeds of the bonds, or from the Authority's revenue generally.  Bonds may be secured additionally by a pledge of a grant or contribution from the federal or state government or from another source, by a pledge of income or revenue of the Authority, or by a mortgage of an off-street parking facility or other property of the Authority or a pledge of off-street parking revenues.

9.50.080.  Limitation of Liability on Bonds.

A.  Neither the members of the Authority's Board of Directors nor a person executing the bonds are personally liable on the bonds or are subject to personal liability or accountability by reason of the issuance of the bonds.

B.  The bonds issued by the Authority do not constitute an indebtedness or other liability of the state or the Municipality or other political subdivision of the state, except the Authority, but shall be payable solely from the income and receipts or other funds or property of the Authority.  The Authority may not pledge the faith or credit of the state or the Municipality or other political sub-division of the state, except the Authority, to the payment of a bond and the issuance of a bond by the Authority does

AO No. 83-_____
Page 8

not directly or indirectly or contingently obligate the state
or the Municipality or other political subdivision of the
state to apply money from or levy or pledge any form of taxa-
tion whatever to the payment of the bond.

9.50.090.  Covenant with Bondholders.

The Municipality pledges to and agrees with the holders of
the bonds issued under this chapter that the Municipality will
not limit or alter the rights vested in the Authority to
establish and collect fees or other charges convenient or
necessary to produce sufficient revenues to meet the expenses of
operation of the Authority and to fulfill the terms of any
agreement made with the holders of its bonds or in any way impair
the rights or remedies of the holders of the bonds until the
bonds together with the interest on them with interest on unpaid
installments of interest, and all costs and expenses in connection
with an action or proceeding by or on behalf of the holders, are
fully met and discharged.

9.50.100.  Trust Indentures and Trust Agreements

In the discretion of the Authority, an issue of bonds may be
secured by a trust indenture or trust agreement between the
Authority and a corporate trustee (which may be a trust company,
bank or national banking association with corporate trust powers,
located inside or outside the state) or by a secured loan
agreement or other instrument or under a resolution giving powers
to a corporate trustee (hereinafter in this section referred to
as "trust agreement") by means of which the Authority may:

A.  make and enter into any and all the covenants and agreements
    with the trustee or the holders of the bonds which the
    Authority may determine to be necessary or desirable,
    including, without limitation, covenants, provisions, limita-
    tions and agreements as to:

    1.    the application, investment, deposit, use and
          disposition of the proceeds of bonds of the authority
          or of money or other property of the authority or in
          which it has an interest;

    2.    the fixing and collection of rents or other con-
          sideration for and the other terms to be incorporated

AO No. 83-_____
Page 9

        in a lease or contract of sale of an off-street parking facility;

3.    The assignment by the Authority of its rights in the lease or contract of sale of an off-street parking facility or in a mortgage or other security interest created with respect to an off-street parking facility to a trustee for the benefit of bondholders;

4.    the terms and conditions upon which additional bonds of the Authority may be issued;

5.    the vesting in a trustee of rights, powers, duties, funds or property in trust for the benefit of bondholders, including without limitation, the right to enforce payment, performance and all other rights of the authority or of the bondholders, under a lease, contract of sale, mortgage, security agreement or trust agreement with respect to an off-street parking facility by mandamus or other proceeding or by taking possession of by agent or otherwise and operating an off-street parking facility and collecting rents or other consideration and applying the same in accordance with the trust agreement;

B.    Pledge, mortgage or assign money, leases, agreements, property or other assets of the authority either presently in hand or to be received in the future or both; and

C.    Provide for any other matters of like or different character which in any way affect the security or protection of the bonds.

9.50.110.   Exemption From Taxes.

A.    The real and personal property of the Authority and its assets, income and receipts are declared to be the property of a political subdivision of the state and, together with any off-street parking facility financed under this chapter, devoted to an essential public and governmental function and purpose and the property, assets, income, receipts and off-street parking facility shall be exempt from all municipal taxes.

9

AO No. 83-_____
Page 10

B.  Nothing in this section creates a tax exemption with respect
    to the interest of any business enterprise or other person,
    other than the Authority, in any property, assets, income,
    receipts or off-street parking facility, whether or not
    financed under this chapter.

9.50.120.  Public Loans or Donations to or Cooperation With the
           Authority.

     Any public body, officer or agency of the Municipality may
(1)  cooperate with the Authority in the planning, construction
or operation of an off-street parking facility; (2) purchase
bonds of the Authority; and (3) in general, do all things
necessary to cooperate in the planning, construction or operation
of an off-street parking facility.

9.50.130.  Reports and Recommendations

     The Authority shall file with the Mayor and the Assembly an
annual report of its activities and shall make recommendations
for the legislation or other action it considers necessary to
carry out its corporate purposes.  The Authority shall include in
its annual report an estimate of the amount of bonds to be issued
during the following 12-month period.

9.50.140.  Annual Budget.

     The Authority shall prepare and submit an annual budget in
accordance with Title 6 of this Code for the municipal funds that
it is to receive.

9.50.150.  Annual Audit.

     The Authority shall be subject to the audit requirements of
the Municipal Charter and Title 6 of this Code.

9.50.160.  Review of Plans; Consistency with Adopted Plans.

     All plans of the Authority to acquire, design, construct,
improve, alter or repair an off-street parking facility or any
part of an off-street parking facility are subject to any review
that may be required under Sections 4.60.130, 21.15.015 and
21.15.025 of this Code.

AO No. 83-_____
Page 11


9.50.170.  Definitions.

As used in Chapter 9.50:

A.   "Authority" means the Anchorage Parking Authority.

B.   "Bonds" means bonds, notes and any other debt obligation of the Authority.

C.   "Off-street parking facility" means any real property or improvement to real property not within a public right-of-way, used or designed to be used for the parking of motor vehicles, and any improvement to real property subordinate, accessory or reasonably related to that use, including but not limited to building space to be leased for retail, commercial or office purposes.


Section  4.  Anchorage  Municipal  Code  4.05.010  is amended as follows:

4.05.010.  Board and Commission Members Subject to this
           Chapter.


Unless  otherwise  provided,  a  board,  commission  or public authority board of directors [OF THE MUNICIPALITY] is governed by each of the provisions set forth in this chapter.


Section  5.  Anchorage  Municipal  Code  4.05.050  is amended by the addition of a new paragraph C to read as follows:

C.   Each member of a public authority board of directors shall  be  paid  $50.00  for  each  regular  meeting  and

11

AO No. 83-_____
Page 12

$40.00 for each special meeting.

Section 6. Anchorage Municipal Code 4.05.150 is amended as follows:

4.05.150. Termination.

All boards and commissions established hereunder, except for those mandated by Charter or state law, and except for Boards of Directors of public authorities, shall terminate by operation of law three years from the date of passage of this title, unless affirmatively re-established or continued by the Assembly for a period not to exceed three years. Any newly created municipal board or commission shall have a life not to exceed three years and shall be subject to the provisions of this section. Prior to the termination, continuation or re-establishment of any municipal board or commission, the Assembly shall hold a public hearing, receiving testimony from the general public, members of the board or commission and the executive director thereof, and in said hearing the board or commission shall have the burden of demonstrating a public need for its continued existence.

AO No. 83-_____
Page 13

Section 7. A new Chapter 4.80 of the Anchorage Municipal Code is enacted as follows:

Chapter 4.80

PUBLIC AUTHORITY BOARDS OF DIRECTORS

Sections:

4.80.010    Anchorage Parking Authority Board of Directors

4.80.010. Anchorage Parking Authority Board of Directors.

There is established an Anchorage Parking Authority Board of Directors with the powers and duties more particularly set forth in Title 9 of this Code.

Section 8. This ordinance shall be effective upon passage and approval.

PASSED AND APPROVED by the Anchorage Assembly this \_\_\_\_\_ 28th

13

AO No. 83-_____
Page 14


day of __February_____, 1984.

                                        _____
                                        Chairman

ATTEST:


_____
Municipal Clerk