BOOK 1186     PAGE 0302

STATUTORY WARRANTY DEED

THE GRANTOR, ANCHORAGE, a municipal corporation organized and existing under the laws of the State of Alaska, for and in consideration of Ten Dollars ($10.00) and other valuable consideration in hand paid, conveys and warrants to ANCHORAGE PARKING AUTHORITY, a public corporate authority of the Municipality of Anchorage, GRANTEE, whose address is 550 West 8th Avenue, Suite 102, Anchorage, Alaska 99501, the following described real estate:

Lot 1A, Block 68, ANCHORAGE ORIGINAL TOWNSITE, according to the official plat thereof, filed under Plat No. 80-32, being within the Anchorage Recording District, Third Judicial District, State of Alaska.

Lots 5 and 6, Block 68, ANCHORAGE ORIGINAL TOWNSITE, according to the official plat thereof, being within the Anchorage Recording District, Third Judicial District, State of Alaska.

Lot 7A, Block 68, ANCHORAGE ORIGINAL TOWNSITE, according to the official plat thereof, filed under Plat No. 76-26, being within the Anchorage Recording District, Third Judicial District, State of Alaska.

SUBJECT TO easements, restrictions, reservations, covenants, conditions and rights-of-way as contained within the U.S. Patent or otherwise of record.

This Warranty Deed is executed in accordance with Section 34.15.030, Alaska Statutes.

Dated this 26 day of October, 1984.

ATTEST:                           MUNICIPALITY OF ANCHORAGE

_____           _____
Municipal Clerk                    Tony Knowles, Mayor

STATE OF ALASKA    )
                   )ss
THIRD JUDICIAL DISTRICT )

Before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned, qualified and sworn as such, this 26th day of OCTOBER, 1984, personally appeared ALLAN J. TESCHE, to me known to be the person(s) described in and who executed the above instrument and acknowledged to me that HE executed said instrument freely and voluntarily for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year hereinabove written.

_____
Notary Public in and for Alaska
My commission expires: MAY 30, 1988

84-088666
8 cc m

RECORDED-FILED
ANCHORAGE REC.
DISTRICT

Nov 9 11 52 AM '84

REQUESTED BY MUNICIPALITY OF ANCHORAGE
Right-of-Way & Property Mgmt Office
ADDRESS _____ CH 6-650
ANCHORAGE, ALASKA 99609

STATE OF ALASKA
NOTARY PUBLIC
MICHAEL R. O'BERRY

Attachment "B"