```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3
 4   HOWARD HUGHES,
 5              Plaintiff,
 6        vs.
 7   PURCELL SECURITY, et al.,
 8              Defendant.
     _____
 9
     Case No. 3:05-cv-0014-jws              COPY
10
11
12
13
14            DEPOSITION OF HOWARD HUGHES
15                 Taken May 4, 2006
                Commencing at 9:00 a.m.
16
            Volume I - Pages 1 - 100, inclusive
17
18
19              Taken by the Defendant
                          at
20                    PERKINS COIE
               1029 W. Third Av., Suite 300
21                 Anchorage, AK  99501
22
23
       Reported by: Susan J. Warnick, RPR
24
25
                                          Attachment "C"
```

Page 82

1  whole public building of people.
2  Q  And the persons who did this were the three Purcell
3  Security Guards?
4  A  That is correct.
5  Q  And there is no question in your mind that these were
6  not employees of the Anchorage Police Department?
7  A  No.
8  Q  You have testified that you have no problem with the
9  Anchorage Police Department in regard to this?
10 A  No, no.
11 Q  So the officer who eventually came and told you to
12 leave the building didn't do anything wrong, in your view?
13 A  No. He back up what they said.
14 Q  He just said leave?
15 A  Leave.
16 Q  And you left?
17 A  Right. Because he was a police officer.
18 Q  And you were not actually arrested by the police
19 officer?
20 A  No.
21 Q  You asked separately for compensatory damages against
22 the Municipality of Anchorage. What are the compensatory
23 damages you want?
24 A  As I said, I just went through, like, chain of
25 command type thing, and there is a page missing.

Page 83

1  Q  Is there a page missing? My pages are all numbered.
2  A  No, it's not. No, it's not.
3     As I said, I asked for the compensatory damages
4  against all defendants. Okay?
5  Q  When you say "compensatory damages" in here, what do
6  you understand that to mean?
7  A  Compensation for my, you know, my embarrassment and
8  belittlement.
9  Q  Now, exactly -- let me withdraw that. If I
10 understand you correctly, there was no person that you
11 know to be employed by the Municipality of Anchorage that
12 caused any embarrassment to you?
13 A  Right.
14 Q  And that the Municipality of Anchorage is named as a
15 defendant in this matter purely because you understand
16 that they hired the Parking Authority?
17 A  Right.
18 Q  And that the Parking Authority hired Purcell and
19 Purcell hired the three security guards?
20 A  Right.
21 Q  And I know that you're not a lawyer.
22 A  Right.
23 Q  And so would I be correct in assuming that you did
24 not personally look at the records that would describe the
25 nature of the Parking Authority as an organization and

Page 84

1  reach your own independent conclusion that that was
2  actually a relation in which the Municipality hired the
3  Parking Authority?
4  A  Yeah, but I believe within that chain of people, the
5  Municipality, Parking Authority, Purcell Security, they
6  should look at sometime or another the people that are
7  representing them and reflecting, you know, reflecting
8  their record. You know what I'm saying?
9  Q  I think I understand that. But I just want to make
10 sure that I do understand whether or not you know that the
11 Anchorage Parking Authority is an independent body, it's
12 not a part of the Municipality?
13 A  All right. Well, see, maybe I didn't. Maybe I was
14 wrong in doing that.
15 Q  And you probably would not be aware that the
16 Municipality does not actually hire the Anchorage Parking
17 Authority?
18 A  Right. If that's so, then I wasn't aware. I was
19 told that the Municipality hired Anchorage Parking
20 Authority which hired Purcell Security, and if that is
21 incorrect, then I'm incorrect.
22 Q  And if the facts actually turn out to be that the
23 Municipality of Anchorage did not hire the Anchorage
24 Parking Authority, would you then agree that the
25 Municipality of Anchorage is not a proper defendant in

Page 85

1  this suit?
2  A  Of course. I would have to.
3  Q  Now, as to the conspiracy, if I understand your
4  testimony correctly, it is your belief that three persons
5  participated in a conspiracy to violate your rights and
6  those three persons are Officers Miller, Swieter and
7  Cronk?
8  A  Right. But, then, on the other hand, like I said, I
9  wouldn't leave -- I won't -- in the conspiracy, I wouldn't
10 leave Belinda Davis out, who isn't -- but I'm not bringing
11 suit on the Municipality because of the findings of the
12 Equal Rights Commission, but I did state earlier that if
13 there is a conspiracy, you know.
14 Q  What evidence, if any, do you have --
15 A  None. I'll let you finish the question. I'm sorry.
16 Q  -- that there was any communication between Belinda
17 Davis and Officers Miller, Swieter and Cronk prior to the
18 day on which you were cuffed?
19 A  None, none.
20 Q  Do you have any evidence that there was any
21 communication between Mr. Tebo and Officers Miller,
22 Swieter and Cronk --
23 A  None, no. I have no idea who Tebo is.
24 Q  With regard to just Miller, Swieter and Cronk, do you
25 have any evidence suggesting that they had any discussions