## TABLE OF CONTENTS OF EXHIBITS

1. APA Ban Statement, dated 01/28/04

2. Rules of Conduct for the Transit Center

3. Incident Report filled out by Security Officer Miller, dated 01/29/04

4. Statement of Shawn M. Tebo, undated

5. Statement of Howard Hughes, undated

6. Determination of Equal Rights Commission, Municipality of Anchorage, re Howard L. Hughes v. Purcell Security Services, dated 5/26/05

7. Deposition of Howard Hughes, dated May 4, 2006

8. Policies, Standards, Responsibilities & Other Information for APA Contracted Security Officers, applicable in 01/04

9. Incident Report filled out by Security Officer Swieter, dated 07/20/06

10. Incident Report filled out by Security Officer Cronk, dated 01/29/04