Date Ban Expires:    04/28/04

# Anchorage Parking Authority
Ban Statement

Date    01/28/04

**Subject:** Edwards    Donna Katie    DOB    2/15/1985    ID or DL #
    Last name    First name

**SSN#** 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
**Ethnic background:** Native    **Sex** Female
**Hair color:** Black    **Eye color:** Brown
**Height:** 5'2"    **Weight:** 140
**Build:** Heavy

**Is subject currently on ban?** No
**Date last ban expires:** 1/13/2004
**Subject demeanor:** Cooperative  Unconscious  Combative  Injured  Un-cooperative

**Nature of incident/statement of security officer(s):**
This individual was observed soliciting for prostitution at the BAC. She was overheard saying that she would per a sex act for money because she needed money for the bus. She also had cigarettes and is underage. APD was called and ticketed her.

**Action taken:** Released  CSP  Hospital  Arrested

I understand and acknowledge that because of my unlawful, suspected unlawful or unacceptable activities that violate the Anchorage Parking Authority code of conduct policies, I am no longer welcome to utilize the Anchorage Parking Authority properties. This is to include the surface lots, garages, alley and 6th Ave Mall located at 700 West 6th Ave as well as all of the benches located within the mall plaza. I completely understand that all of my rights to enter any of the Anchorage Parking Authority properties has been expressly revoked and any entry by me to any of the fore stated properties will be an unlawful entry subjecting me to arrest and possible conviction of Criminal Trespass in the 2nd degree as prescribed by Anchorage Municipal Code 8.45.010

**Subject Signature:** X _[signature]_
**Time:** 1715

**Security Officer Name:** Miller
**Security Officer Signature:** _Miller_
**Witness:** Swieter, Cronk
**APD Officer:** Bell    APD case number:

Ex. 1    Date 5.4.06
Witness _Hughes_
S. WARNICK  907-258-7100

EXHIBIT 1
PAGE 1 of 1

PS 00052
11402-0014