# Community Code of Conduct



Everyone is welcome and encouraged to enjoy Anchorage's beautiful downtown area, visit local businesses and just have a good time. While this privilege is available to everyone, there are some activities that disrupt the SAFETY, ORDER, and BUSINESS RIGHTS of others that will not be tolerated.

The Anchorage Police Department, downtown Anchorage businesses, Security Ambassadors, and Transit Security Officers have the right to eject anyone for the following offenses:

1. Drinking alcoholic beverages or carrying an open alcohol container.*
2. Smoking tobacco products in restricted areas (i.e. Transit Center, bus shelters, Malls, or businesses). Smoking by persons under 19 years of age is not allowed.*
3. Harassing drivers, transit riders, of municipal property.
4. Vandalizing public, private, or municipal property.*
5. Carrying illegal firearms or weapons in public facilities, parks, and businesses.*
6. Littering or creating unsanitary conditions (i.e. urinating in public).
7. Playing a radio or tape loud without earphones, or having the volume with earphones at a level that annoys others in parks, municipal transportation facilities, or near businesses.
8. Swearing, using sexually explicit or abusive language, being loud or discourteous.
9. Engaging in any criminal activity, as defined by the Anchorage Municipal Code or the Alaska State Criminal Code.*
10. Blocking the aisles, doors, or free public passage of patrons and passengers on Municipal transportation. Groups who are creating obstruction to free pedestrian traffic will be asked to disperse.
11. Lying down, sleeping, occupying more than one seat, or placing feet on benches in Municipal parks, People Mover property, or public seating area.
12. Skateboarding, roller-skating, or riding bicycles dangerously in Municipal parks or sidewalks. The above are prohibited in Transit waiting areas.
13. Bringing unleashed and uncontrolled animals onto public parks, sidewalks, or People Mover property. Certified seeing eye or service animals with disabled individuals are allowed.
14. Horse playing, running, jumping in local businesses, public transportation, Malls, or subjecting others to possible injury.
15. Failing to be properly clothed in businesses or malls, i.e. no shoes, or no shirt - "NO SERVICE."
16. No Soliciting.
17. No Panhandling.
18. No Loitering.

* - Potential Arrest.

