# Purcell Services LTD
## Incident Report
### For
### Anchorage Parking Authority

Date of Incident: __1/29/04__   Time of Incident _1740_   Type of Incident: __Loitering__
(Medical, vandalism, accident)

Nature of Incident: At about 1736 we released a woman from the office after banning her. I then observed her through the glass talking to two men behind the phone booth. I left the office to tell her to leave. After instructing her to leave the transit center, I recognized one of the individuals as someone who had been loitering around for at least and hour and a half. I proceeded to ask him what bus he was catching, he replied that he wasn't getting on a bus and then ran out the door. I then asked the other man, who was Mr. Hughes, what bus he was catching. He said; " Why do I have to tell you?" I told him that I just needed to know to make sure that there is no loitering in the transit center. He said; " I've only been here for half an hour, I don't have to catch my bus yet". I again asked him what bus he was catching. He told me;" Bus 45". I then asked him why he had not caught the last bus 45 which had been only a few minutes ago. He said " I don't have to tell you anything b*tch". I then radioed for S/O Cronk to 10-5 with me. I told Mr. Hughes; " Yes, you do sir. This is called a Transit center, which means its' for transitioning from one location to another, not hanging around for hours. There is a two-hour time limit, but that does not mean that you come here, stay for two hours while missing all the bus 45's and then catch your bus. If your main purpose is to catch the bus, catch the next one." Mr. Hughes than said;" I don't have to do anything you say pig b*tch, this is a public place and I can stay here as long as I want. I don't have to catch my f*cking bus. I told him I was going to go get my supervisor, and he could talk to Him. S/O Cronk and myself then went to the office to get S/O Swieter to talk to Mr. Hughes. We returned to Mr. Hughes and asked him what bus he was catching. He began to cuss loudly at us, also saying that this is a public place and that he didn't have to catch a bus until he wanted to. S/O Swieter then told Mr. Hughes that he had three options; he could catch the next bus 45, he could leave, or we could call APD. Mr. Hughes then started yelling; " Just arrest me, arrest me and call the cops." He put his face in S/O Swieter's face and started yelling about us being pigs, and how we were harassing him. S/O Swieter told him to calm down, that all he had to do was catch his bus. Mr. Hughes began to swing his arms at us, still yelling obscenities. S/O Swieter put his hand out to block Mr. Hughes arms. At that point Mr. Hughes started simultaneously yelling: " get your hands off me (no one was touching him at that time), arrest me, put me in cuffs, just call the cops and put me in cuffs." S/O Swieter, and S/O Cronk then put Mr. Hughes in handcuffs and escorted him to the office. While in the office he remained belligerent, refused to sit down, continued to call us obscenities, and refused to let his picture be taken. At one point when I was attempting to get a picture of him for the ban sheet, he turned and charged me. I put my fist up to block him, yelling for him to get away. S/O Cronk came in from the side and diverted him through the doorway, then back into the east end of the office. He then stood behind Mr. Hughes and held his arms until the police came. He then released him. When the police arrived I stepped out of the office and walked down to the East end of the lobby. I did not return until APD had removed Mr. Hughes from the premises.

Medical Services Requested: Y___ N___
Name:_____
Time Called:_____
Time of Arrival:_____
Paramedic:_____

Police Notified: Y___ N___ Officer
Time Called:_____
Time of Arrival:_____
Case #_____

Does further action need to be taken: Y___ N___.

Responding Officers: Elaina Miller

EXHIBIT __3__
PAGE __1 of 1__

Ex. __3__ Date 5.4.06
Witness Hughes
S. WARNICK  907-298-7100