## Statement of Shaun M. Tebo
SSN# 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

I was standing near the outgoing bus schedule inside the transit center at about 5:35 pm on January 29, 2004 when I saw Officer Miller of Purcell Security approach two men who were standing by the North entrance. I did not hear the initial inquiry, but observed one of the men depart the building without replying. I then paid closer attention to the interaction and heard Officer Miller politely inquire what bus the man was catching. The man immediately became hostile in tone towards Officer Miller and called her a bitch. The officer in question explained the reason for her inquiry and the man became even more confrontational, at which point Officer Miller radioed for assistance and Officer Cronk responded soon after. The man refused to cooperate with the officers so their supervisor was called in. The woman they had been dealing with in the office was released and passed the man on her way out, stopping to commiserate at the mans' (Hughes) inquiry of " What did they do to you?" All three officers then approached the two and requested the woman leave the property (she had been apparently banned) and the Lieutenant (Swieter) then addressed the man, who continued to be uncooperative, verbally abusive and was asked to go to the security office. The man kept yelling obscenities and for the officers to arrest him, to put him in handcuffs. The man refused to go to the office and resisted attempts to bring him in, so Officer Cronk and Lt. Swieter put him in handcuffs and escorted him to the office. Hughes kept resisting, yelling profanities and taunts at the officers. He continued to cause a commotion in the office, refusing to sit down and yelling profanities. I also observed him lunge at Officer Miller when she was attempting to take his picture. Officer Miller raised an arm toward the man off and Officer Cronk shoved the man away from her through the door then back into the office.

\* Apparently Donna Katie Edwards came back in to the Transit Center between the time Officer Miller and Officer Cronk left Mr. Hughes to come back to the security office and talk to Lt. Swieter. She, Donna Katie Edwards, exited rapidly when she saw the three security officers leave the security office and approach Mr. Hughes. The security officers did not see her enter the second time.

Ex. 4  Date 5.4.06
Witness Hughes
S. WARNICK 907-258-7100

EXHIBIT 4
PAGE 1 of 1