Complaint on Officer E. Miller Statement from Havard Hughes

Ex. 5   Date 5.4.06
Witness Hughes
S. WARNICK 907-258-7100

On the 28th day of January 2004 at approx. 5:30 pm. I was standing in the downtown bus station. A young lady who name that I do not know stopped and showed me a piece of paper with her picture on it, and I was reading it and it said she was banned from the build and I didnt get down to the reason's why when a female Security Officer came and told the young lady that she had to leave now! I handed the paper back to the lady and she left. The officer then turned to a man that was standing there also and asked him what bus he was waiting for. He walked away from her and just left outside. She then turne to me and asked me what bus I was waiting for and I politly told her bus 45. She said "Bus 45 just left how come you didnt get on it." I told her I didnt see bus 45 just leave but I'll catch the next one. She then looked around and said "there's a bus catch that one you've been in here to long." I replied by saying I havent been in this place no longer than 15 to 20 min. She told me "She didn't care and that I have to leave. I told her that I wasn't going anywhere

EXHIBIT 5
PAGE 1 of 3

and that's nice she's just acting stupid, that "she needs to get the fuck out of my face". She walked away and returned with two other officer's and they told me to get off the property or they were going to call the police. I told "go ahead I'm not doing nothing to warrant you evicting from a public facility. They told me to come with them and I refused. They then twisted my arm behind my back and handcuffed me and took me to the office. Where they then took everything out of all my pockets and threw my stuff everywhere. Needless to say at this point I was not being coopertive with these Gestopo type tactics that were being inflicted upon me. I refused to sit and they tried to force me to. They tried to take pictures of me and I wouldn't look into camera. After about 10 min. of loud arguing between me and the officers. APD arrived and searched me again they escorted me out of the building and told me I'd be placed under arrest if I returned within 60 days. The incident was totally unprovoked and totally unessisary. There was at least a 100 people in the building and only seen Miss Miller confront 3 Blacks + 2 Natives in a 20 min period. Miss Miller is a silly little loose cannon and has some serious issues going on with her.

EXHIBIT 5
PAGE 2 of 3

She probaly doesn't deserve to wear a Purcell uniform if she thinks her job is to walk around harrassing people of color or just people in general. I'm telling you Now that I am also filing out complaints with the Equal Right's Office and the NAACP. And I promise I will take this as far as need be.

Thank You
Howard L Hughes

Ph. Contact
(907) 272-0518

EXHIBIT 5
PAGE 3 of 3