

# Municipality of Anchorage

632 West 6th Avenue, Suite 110 • Telephone: (907) 343-4342 • Fax: (907) 343-4395 • TTY: (907) 343-4894
Mailing Address: P.O. Box 196650 • Anchorage, Alaska 99519-6650
http://www.muni.org



*Mayor Mark Begich*

## Equal Rights Commission

Howard Hughes
3300 Tarwater #2
Anchorage, AK 99508

Thomas M. Daniel, Attorney for Respondent
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501

RECEIVED

MAY 3 1 2005

PERKINS COIE
ANCHORAGE

RE:  Howard L. Hughes v. Purcell Security Services
AERC Complaint No.:     K4-040

Ex. 6    Date 5.4.06
Witness  Hughes
S. WARNICK  907-258-7100

### DETERMINATION

PURSUANT to Anchorage Municipal Code (AMC) 5.60.010, the Anchorage Equal Rights Commission issues the following impartial determination based upon the merits of the complaint. All jurisdictional requirements have been met.

### SUMMARY OF COMPLAINT / RESPONSE:

Complainant alleges that Respondent discriminated against him on the basis of his race, Black when he was barred from a public facility for 60 days.

Respondent denies that it discriminated against Complainant based on his race. Respondent states that Complainant was barred from the facility because of his obscene comments and belligerent behavior.

### DETERMINATION:

Evidence showed that on or about January 28, 2004, Complainant was talking to a female individual who was just banned from the Transit Center and was approached by Respondent's former Female Security Officer and questioned about which bus he was catching. Respondent's Lieutenant and its former Female Security Officer indicate that when questioned, Complainant started using obscenities at the former Female Security Office. Respondent's Lieutenant states he unsuccessfully attempted to calm Complainant down, and Complainant was subsequently handcuffed and taken to Respondent's Security Office to complete ban paperwork. Both Respondent's Lieutenant and its former Female Security Officer describe Complainant's behavior after he was taken to the Security Office as aggressive. Respondent's Lieutenant and its former female Security Officer states that Complainant attempted to attack her and was restrained by a

EXHIBIT 6
PAGE 1 of 2

*Community, Security, Prosperity*

former Male Security officer until the Anchorage Police Department arrived. Upon arrival, the Anchorage police took the ban paperwork, gave it to Complainant and escorted him off the premises. Respondent's Lieutenant and its former Female Security Officer state that Complainant was banned because of his violence and profanity. Documents submitted by Respondent show that other individuals, who are not of Complainant's race, were banned for being combative toward Security Officers and using abusive language.

CONCLUSION:

Based on this impartial investigation, Complainant has not established substantial evidence of discrimination sufficient to warrant a hearing under AMC 5.70.010 - .050.

Anchorage Municipal Code 5.60.030 provides you with 15 days, from the date of receipt of this determination, to apply for reconsideration of the facts alleged to be erroneous or of the law alleged to be incorrectly applied and must be filed within 15 days after service of the closure.

I RECOMMEND APPROVAL of this Determination on this 26th day of May 2005.


_____
Belinda A. Davis
INVESTIGATOR

I APPROVE this Determination on this 27th day of May 2005.


_____
BARBARA A. JONES
EXECUTIVE DIRECTOR

EXHIBIT 6
PAGE 2 of 2