Anchorage Parking Authority

Policies, Standards, Responsibilities, & Other Information for APA Contracted Security Officers

## GENERAL INFORMATION

1. Mission Statement

"To protect Anchorage Parking Authority (APA) personnel, assets, and the Public through deterrence by having a visible presence, observing and reporting suspicious or illegal activity, and intervention as a last resort."

Our mission will be carried out through:

- *People*  Involvement and teamwork are our core values. We hire and retain the best-qualified staff. We will ensure superior expertise through licensing, certification, and continuing education.

- *Service*  Through the expertise and commitment of our employees, we will provide outstanding customer service.

- *Vendors*  Our vendors are partners in our efforts. Vendors are selected based on financial stability, historical performance, and ability to provide quality service.

2. Services provided

APA has been delegated certain powers and responsibilities from the Municipality of Anchorage. APA's responsibilities include:

- Owning and operating parking facilities.

- Buying, selling or leasing property and entering into contracts attendant to its mission.

- Managing operations to be consistent with the requirements of Bonds, which finance the facilities, leases, contracts, and municipal ordinances, which define such powers and responsibilities.

The Anchorage Parking Authority (APA) requires twenty-four (24) hour security services for the Fifth Avenue and Sixth Avenue/Seventh Avenue Garages and Mall/Transit Center, also known as Bus Accommodation Center (BAC). An additional shift supervisor as roving patrol, utilizing security company vehicle to patrol the seven surface lots and periodic patrols of the Fifth Avenue Garage and Sixth/Seventh Avenue garages and Mall. The Shift supervisor is to respond and assist the post officers located at the Fifth Avenue and Sixth/Seventh Avenue garages 24 hours per day.  Shift supervisor will support APA parking due notice program when directed. The Anchorage Parking Authority reserves the right to add or delete services, facilities, frequencies and/or man-hours as needed or required. This contract provides security function for three (3) full size multi-level parking garages as well as seven (7) surface parking lots.

3. The following information is provided to help the security contractor to understand our requirements for Security. This information is provided as a guide and is not intended to cover every possible situation. Our intention is to maintain the highest standards in security for our patrons. If there are questions concerning policies, standards, and responsibilities, please contact the APA Executive Director or the Operations Director. A copy of the APA Organizational Chart is provided for informational purposes. -- See Enclosure 1

## COMMUNITY CODE OF CONDUCT

1. Everyone is welcome and encouraged to enjoy Anchorage's beautiful downtown area parks, visit local businesses and just have a good time. While this privilege is available to everyone, there are some activities that disrupt the SAFETY, ORDER, and BUSINESS RIGHTS of others that will not be tolerated. The Anchorage Police Department, down-town Anchorage businesses, Security Ambassadors, Transit and Mall Security Officers have the right to eject anyone for the offenses listed in the "Community Code of Conduct" brochure.

2. This brochure is a handout item. -- See Enclosure 2

3. When noticing a person(s) that is violating the code, security officers are to approach the individual(s) and distribute a copy of the "Code of Conduct". Security is to encourage the individual(s) to read and comply with it. If the disruptive behavior continues, security is to inform individual(s) the possibility of a ban from the premises.

   Limits for banning individuals.

   30 days 1st offense

   60 days 2nd offense

   90 days 3rd offense

## OFFICER REQUIREMENTS

- **Uniform and equipment**

1. The Contractor shall provide all security officers complete uniforms. Uniforms will be of distinctive color, which identifies the security officer as an employee of the Contractor assigned to APA. The minimum uniform and equipment requirements are:
   a. Five pairs of uniform trousers
   b. Two short sleeve and three long sleeve uniform shirts
   c. Two badges, one for uniform shirt, one for outer jacket
   d. Mid-weight summer fall jacket
   e. Rain and cold weather gear
   f. Two uniform baseball style caps

   *\* Uniforms are to be correct size for security officer*



2.  APA reserves the right to return any security officer to their security dispatch officer who is not in a complete, clean and proper uniform.

3.  Contractor will replace at its sole expense any uniform that is in need of repair or replacement.

4.  Contractor shall issue each officer at its sole expense, a security officer type belt, key holder, one pair of handcuffs with case, rubber gloves (sanitary) with leather case, flash light and holder, safety vests, O/C pepper spray (certified officers) and any other equipment necessary to perform their assigned duties.

5.  Flashlight will be a four D cell flash light or equivalent to include attached safety orange wands.

6.  Security contractor will supply latex gloves and 1st aid kit for Post One and Post Two security officers and any other office supplies needed.

- **Personal belongings**

  1.  APA will not be responsible in any way for the security officers personal belongings, brought into or on APA's premises.

- **Literacy**

  Contract employees shall be literate to the extent of reading and understanding printed regulations, written orders and instructions, training instructions, and is able to compose reports, which convey complete information.

- **Security Officer job knowledge and minimum experience requirements**

  Possess the capability to acquire a good working knowledge of all the duty requirements of a guard within the terms of this contract. Individuals proposed for assignment, as security officers under these specifications will have at least one (1) year's prior satisfactory employment in a similar capacity.

- **Shift Supervisor requirements**

  The Shift Supervisor, and any substitute or replacement for Shift Supervisor, due to the nature and responsibilities of the position must be an individual of unquestionable integrity. The Shift Supervisor shall have at least three (3) years immediate prior experience in the security career field as an administrative or supervisory capacity and shall have maintained an officer level ranking position for two (2) of those three years in a position requiring duties normally performed at that level. The Officer shall be computer literate and hold a current valid drivers license, advanced First Aid Training including C.P.R. card.

- **Initial training**

  In order to have the character and direction necessary under these specifications it is important that the security officers and shift supervisor have proper training.

3 of 17

Adequate training is a contract requirement and deductions will be made if the contractor fails to provide employees who meet training requirements. The contractor shall within 5 days prior to assignment of an employee to duty, certify to the contract administrators or designee when requested, the satisfactory completion of the following or similar basic training of each assigned employee:

- Duties and functions of the protective service officer
- Principles of physical security
- Methods of effective physical protection
- Understanding human behavior
- Traffic Control
- Abnormal behavior
- Principles of Communication
- Importance of professional public relations
- Patrol and supervision
- Patrol methods – recognition and control of hazardous situations
- Field note taking
- Response to crimes in progress
- Safety procedures
- Fire prevention and fire fighting control measures
- Communications procedures
- Training in offensive and defensive tactics
- First Aid Training including CPR and possess a card certifying such
- Dealing with inebriates
- Diversity Training
- APA Post Orders

- **Periodic training**

  All security guards assigned to APA posts and working under this contract undergo periodic in-service training to include a review of basic training outlined in this contract to ensure continued satisfactory performance. Training schedule and training records furnished to the contract administrator

- **Dress and appearance**

  1. Clean and neat.

  2. Dress according to the weather.

  1. Maximum, one (1) ring each hand.

  2. One (1) watch, conservative

8
4 of 17

3. No necklaces or chains allowed while on duty.

4. Fingernails clean and neatly trimmed.

5. Uniforms clean, neat, well pressed, and fitted properly.

6. Boots freshly shined daily.  Footwear will be specific to weather

7. Males
   - Hair neatly trimmed and above the collar
   - Sideburns must be neatly trimmed and may not extend below a line drawn from the bottom of ear to the nose.  Sideburns may not exceed one (1) and one half (1/2) inches in width.
   - Officers must be clean-shaven.  However a mustache may be worn if it does not extend below the upper lip nor more than one half (1/2) inch beyond the corners of the mouth.  No excessive mustaches, (i.e. handlebars or waxed).
   - No earrings allowed while on duty
   - Females
   - Hair clean, put up or cut short and not hanging over collar
   - No earrings allowed while on duty
   - No heavy make-up, eye shadow, blush or lipstick
   - Nail polish should be neutral in color and conservative.  No multi color

- **Knox box**

1. 6th Avenue Garage/Transit Center

2. Box is located on the first level of the west stairwell of the Transit Center. If Anchorage Fire Department needs to access this box after hours, security will have to unlock the stairwell door on the plaza level, west end.

- **Holiday operations**

There are times throughout the year that security schedules are increased or decreased depending on needs. Decreased schedule example would be the 6th Avenue Garage and Transit Center when bus service is suspended for a holiday.  One security guard is needed each shift.  5th Avenue Garage during the holidays from the day after Thanksgiving to December 27th one additional security guard for day and evening shift are required.

- **Special events**

Additional security services are required for special events.  Special events normally take place at the 6th Avenue Garage (6th & H Street) and Lots 12, & 14. Security needs are requested normally one week in advance of event. Security is present for traffic control, parking lot and or parking attendant security.



- **Surface lots**

  The Anchorage Parking Authority manages seven (7) surface lots in the Downtown Business District currently.  The Shift Supervisor is required to patrol the surface lots at a minimum of three times during each shift. Support APA Lot Patrol with issuing of parking due notices and collecting pay box money twice weekly.

- **Safety**

  1. Officers must be physically able to stand and/or walk a full eight (8) hour shift, including climbing eight (8) flights of stairs, and demonstrate ability to lift 100 pounds safely.

  2. All Officers will perform their duties in compliance with safe work practices, federal and or state rules and codes.

  3. Any personal safety equipment required is the responsibility of the Contractor to provide and will be used as prescribed.

  4. No Officer will expose him or herself unnecessarily to unprotected hazards, or knowingly expose other employees to hazardous conditions.  If there is a question about a condition, ask the Administrator promptly for a determination.

  5. An Officer will not operate machinery until certified by the Administrator or Maintenance One.

## CUSTOMS, COURTESIES, AND RESPONSIBLITIES

1. All Officers will conduct themselves in a professional, firm and impartial manner. Public relations efforts should not develop into fraternization. All contacts will be maintained on professional, businesslike levels and not appear to be personal friendships.

2. Offer assistance to all APA customers and APA employees, when appropriate.

3. Overall, maintain a gracious and courteous attitude and treat others, as you would expect to be treated.

4. While the majority of duties are repetitive and routine, Officers will be expected to walk their posts as directed by the Administrator. Any diminishment of alert performance will not be tolerated.

5. All Officers will ensure they are fully knowledgeable of all required reports forms and how to properly fill them out.

6. Officers will log and report obvious or suspected safety hazards immediately to the Shift Supervisor.  Continue to log the problem until corrected.

6 of 17

7. Officers will not destroy, deface or remove any warning signs or barriers, nor shall they interfere with the proper operation of any safety practice.

8. Officers will log and report all on-duty injuries on or in APA property or Facilities to the Shift Supervisor as soon as they occur. Assist the Administrator in completion of appropriate "reports of injury". Even if medical care is not required for the injury, report it.

9. No Officer will consume alcoholic beverages eight (8) hours prior to duty, or be intoxicated while on duty, or bring alcoholic beverages onto APA property.

10. Any known use of illegal drugs, including marijuana, on or off duty will be grounds for immediate termination from this contract.

11. Conviction for a misdemeanor or felony will be grounds for termination from this contract.

12. Officers will not have any reading material, radios, or TV's on post, nor allow visitors to loiter on or near their posts.

13. Sleeping on post by any Officer is cause for immediate termination from this contract.

14. Use of tobacco products will only be allowed in authorized areas as established by the administrator.

15. No Officer shall divulge information deemed private or confidential to <u>ANYONE NOT AUTHORIZED</u> by APA to receive it.

16. All Officers will fully cooperate with the State, Federal, and local Law Enforcement agencies. However, <u>DO NOT</u> interfere in police matters unless requested by police.

17. Do not use foul language. Do not discriminate.

## ADDITIONAL POLICIES AND PROCEDURES

1. At no time will security officers discuss or unduly alarm patrons of past security issues.

2. Provide escort for parking Attendants from APA Office to and from G Street booth. Witness and sign off on money drops generated by Parking Attendants. When requested escort service will be provided to any APA employee or parking patron to and from their parking vehicle. At least once each hour security officers on duty are to conduct a visual check on all booths and check on welfare of Parking Attendants.

8
7 of 7

3.  The Transit Center is a highly used area by the public during the day and evening. It is essential that security have visible presence in this area at all times while the center is open. There will be no sitting on heat register, tables, counters, yelling, or horseplay. Children will be under the control of their parents or guardian at all times. There will be no skateboarding, roller-skating, bicycling, etc., allowed in any garage or on any of the sidewalks. This also is against the MOA Code. If individual(s) do not stop these activities it is a ban issue. The only individuals who should be in the garage are parking patrons. Any person or person found on APA property with illegal substances(s) will be detained until APD arrives to arrest or transport from APA property. Security responsibility outside is extended to the curb. Also if a People Mover bus driver notifies security of an intoxicated or unruly person on the bus it will be the responsibility of the security officer(s) to remove the individual at the Transit Center and explain the "Community Code of Conduct". Ask individual to leave area or use your 30, 60, 90 day ban process. The "Community Code of Conduct" is also applicable to the 5th Avenue Parking Facility.

4.  Enforce all state and municipal laws dealing with public facilities by using your "Citizen Arrest" procedures in accordance with state, municipal, and established policy for security officers. Ensure all paper work is completed neatly, accurately and completely.

5.  While performing security rounds be observant for safety hazards, custodial, or maintenance problems and report immediately to Shift Supervisor. The Shift Supervisor will take appropriate action to correct the situation. Record on your DAR.

6.  Monday thru Friday it is mandatory between the hours of 7:00am thru 8:00am that security officers monitor the 6th and 7th Avenue Garage entrances and support monthly cardholders that may have problems entering the facility due to faulty cards or other equipment problems. One security guard monitors the above entrances and the other monitors lobby area particularly the west and east entrances. The security officer monitoring the 6th and 7th entrances may desist if the security officer monitoring the transit center needs support or any other situation that may develop that needs a security officer.

7.  Monday thru Friday it is mandatory between 5:00pm and 6pm that Security officers be posted on the west and east side of the plaza. Monitor the lobby area, elevator, and stairwells for any potential problems. This is the time frame that MOA and other offices in the downtown business district leave work.

8.  Turn off lights, fans, coffee pots, etc., check safe, open up and lock doors, raise and lower flags as prescribed. Perform other duties as directed by contract administrator.

8
8 of 17

## APA RIGHTS

The contract administrator is the APA Executive Director or Operations Director. To facilitate contract administration and inspection by representatives of the contract administrator, the contractor shall provide the following:

1. The Contractor shall supply the names of at least two (2) representatives able to represent the contractor in every aspect pertaining to the work required by these specifications. The representatives, their location, and their availability must be satisfactory to the contract administrator.

2. The Contractor shall maintain phone service twenty-four hours a day for the purpose of receiving call-out notices. The appropriate phone numbers shall be supplied to the contract administrator(s) within twenty-four hours of award of any resulting contract.

3. A weekly meeting will be scheduled between Contractor, Lead Shift Supervisor and Contract Administrator to review incident reports, post orders, etc.

It is the intent of this contract to produce a quality security guard service during the contract period for the Anchorage Parking Authority. The contract administrator(s) reserves the right to amend, modify, and reissue the post orders or special orders. Any addition, deletion or modification of post orders or assignment, which directly affects the man-hours required to perform the services provided under the contracts, will be accounted for through the monthly billing process.

## PERFORMANCE INSPECTION

The APA Contract Administrator(s) will periodically conduct on-the-job inspection to determine the overall quality of contract performance, the job knowledge of individual guards, and effectiveness of training, and to observe and determine the conduct and appearance of guard personnel.

## REOCCURRING GUARD RESPONSIBILITIES (DUTIES)

Guards are authorized to deviate from prescribed schedules covering patrol routes whenever unusual conditions or circumstances so demand. Such deviations and the reason therefore are to be recorded in a logbook and made part of the incident that occurred, person(s) involved and other data pertinent to the incident.

## EMERGENCY ASSISTANCE

In the event of an emergency or unusual occurrence adversely affecting the interest of the Anchorage Parking Authority, summon the appropriate assistance, such as the local fire and/or police department, and immediately notify the contract administrator(s) or other designated officials. Security guards shall assist the fire/police departments if requested.

○ TRAFFIC CONTROL

Serve as required in traffic direction and control in and around APA facilities. Monitor activities in restricted parking areas.

○ LOST AND FOUND

Receive, issue receipt for, and safely store, lost and found articles pending return to owner or for appropriate disposal.

## EQUIPMENT, SUPPLIES AND OFFICE SPACE AREAS

○ RADIO'S & COMMUNICATIONS

1. APA shall issue hand held radios to security officers on post specific and shift specific basis. Radios will be signed for on an equipment log, and is then the responsibility of the officer for safekeeping. Should a contracted security officer lose, deface, or make any Authority issued radio inoperative, the Contractor's monthly billing statement will be decreased by the amount of repair or replacement. Radio checks are to be made by Shift Supervisor only after 1800 hrs until 2400hrs. Between the hours of midnight and 0700 hrs, officers at both posts are to perform hourly welfare checks with each other. If a security officer is unable to make radio contact with an officer during this shift, then the next step would be to call by phone. If contact is still not made dispatch is to be notified and a patrol officer is to make a visual check on the officer immediately. When using the radio, keep transmissions short and to the point. You are expected to remain professional at all times. Do not use foul language or any other inappropriate behavior over the radio. You will be expected to follow a set and specific code. At the end of every transmission you will need to clear the radio by saying "KVA 438 clear". Each post plus the Lead Security Officer will have a two-way radio with patch phone capability.

2. The Contractor will furnish the Shift Supervisor a cell phone. The Executive Director, Operations Director, and Maintenance One will be furnished with the cell number.

● ACCESS KEYS

APA will issue post-specific keys to contracted security provider. Keys will be passed on from shift-to-shift basis. Keys issued to contracted security officers are to be kept secure at all times. Should a contracted security officer lose issued security keys, the Administrator will immediately replace all locks that issued keys gave access, and the cost of re-keying or one thousand five hundred dollars ($1,500.00) whichever, is lower will be deducted from the Contractor's monthly billing statement.

● ACTIVITY REPORTS

1. All required incident reports, shift activity logs, and any other documentation required to fulfill the obligations of this contract are at the sole expense and



responsibility of the Contractor. All documents will be held in a secure file system and available for audit by APA personnel. A codified incident report will be completed and presented to the Operations Director prior to 11 a.m. daily.

2. All security officers will complete a daily log of activities for each thirty (30) minutes worked under this contract. The shift supervisor at the end of each shift will collect these logs. Each shift log will be filed and available to APA personnel for audit.

3. All officers will complete an incident report for all injuries, accidents, complaints, arrests, banishments, property damage, and any other incidents occurring on APA property, and get complete information from parties involved to include but not limited to, full name, drivers license number, address etc. This will be logged on a Security Incident Form. Incident reports are to be filed with the daily shift logs to be part of the daily information packet.

- **SECURITY VEHICLE**

The Shift Supervisor will have the use of a security vehicle supplied by the security contractor. Security vehicle will be white with security contractor logo on both sides and rear of vehicle. Vehicle will not be over two years of age at the beginning of this contract or at any time of extensions to this contract. Maintenance will be the responsibility of contractor. Vehicle will be keep clean. Security vehicle will have a yellow hazard mini-light bar permanently attached to the roof of the vehicle.

- **SECURITY OFFICE/BOOTH**

1. Post One security office is located in the Transit Center west side and is the main office location for the security contractor.

2. Post Two security booth is located at the B Street entrance to the Fifth Avenue garage.

3. It is the responsibility of the contractor to keep these two locations neat and clean.

4. APA custodial will support the cleaning effort and APA maintenance will handle any maintenance issues for these two locations.

## ALASKA OF OCCUPATIONAL SAFETY & HEALTH ACT

The Anchorage Parking Authority (APA) is subject to OSHA requirements as well as the contractor performing under this contract. Failure to comply with OSHA requirements, notwithstanding any other Provisions of this contract, is sufficient cause for termination and default under the contract provisions.

## SECURITY COVERAGE FOR APA FACILITIES

1. Shift Supervisor: Shift Supervisor will require twenty-four (24) hours per day coverage. Shift Supervisors Office will be maintained at 6th & H Street (Transit

8
11 of 17

Center). Shift Supervisor escort parking attendants between facilities and or booths when requested, patrol surface lots and garages. Shift Supervisor and Mobile Patrol are also responsible for Post 2. Shift change is at 6th and H office. Shift Supervisor hours of operations listed below.

Shift Supervisor rank

| | | |
|---|---|---|
| Captain | Day Shift | 08:00 to 16:00 |
| Lieutenant | Swing Shift | 16:00 to 24:00 |
| Sergeant* | Mid Shift | 24:00 to 08:00 |

*Shift Supervisor for Mid-Shift can be a roving patrol with other duties in the Downtown Business District with approval from APA Operations Director.*

2.  Shifts

6th and 7th Avenue Garages

| | |
|---|---|
| Monday – Friday | 0700 to 1500 |
| | 0800 to 1600 |
| | 1500 to 2300 |
| | 1600 to 2400 |
| | 1200 to 2000 |
| Saturday | 0700 to 1500 |
| | 0800 to 1600 |
| | 1300 to 2100 |
| | 1600 to 2400 |
| | 2400 to 0800 |
| Sunday | 0800 to 1600 |
| | 1100 to 1900 |
| | 2400 to 0800 |

5th Avenue Garage

| | |
|---|---|
| Monday – Friday | 0700 to 1500 |
| | 0800 to 1600 |
| | 1500 to 2300 |
| | 1600 to 2400 |
| | 1200 to 2000 |
| Saturday | 0800 to 1500 |
| | 1100 to 1900 |
| | 1600 to 2400 |
| Sunday | 0800 to 1600 |
| | 1000 to 1900 |
| | 1600 to 2400 |

8

12 of 17

Holiday and Special Events
Alpha Shift          1200 to 2000
Bravo Shift          1100 to 1600
Charlie Shift        2000 to 2400 or later

## POST ONE – SECURITY OFFICER ASSIGNMENT/POST ORDERS

1.  Report for duty wearing approved (seasonal) uniform.

2.  Obtain all your required equipment from the out-going officer.
    a.  Keys
    b.  Handcuffs
    c.  O.C. Spray
    d.  Radio

3.  All items assigned to officer must be recorded on the equipment log and on the incoming and outgoing officer DAR.

4.  A mandatory shift briefing will be given to the incoming officer by the departing officer to include review of pass on log. The incoming officer will review additions and deletions to post order, bans, and any other information that may be pertinent to the shift. Review and initial pass on log at beginning of each shift.

5.  Post One office is to be kept neat and clean.

6.  Post One Rounds for all shifts
    a.  Conduct a complete walk through of the entire mall area. Back hallway, and check all doors in office and tenant locations. The officer at the beginning of their shift must make a complete and thorough security round to ensure everything is in order. Note any problems in the DAR as well as the pass on log. If there are unlocked door(s), notify Security One immediately.
    b.  Pipe Patrol. This is an extremely important function for security and APA. Each officer is required to do four patrols using the Pipe Patrol System. If there is an incident, Pipe System failure, or missing buttons, note this on your DAR and inform Shift Supervisor.
    c.  Check each garage, ensuring stair wells, elevator lobbies, and parking decks do not have unauthorized personnel. Vary patrols so as not to set a fixed pattern.
    d.  Check the alley between 6th and 7th Avenue garages. Make sure there are no running vehicles in the alley at any time. Absolutely no loitering in alley. Rear entrance doors (delivery) are to be locked except for deliveries being made.
    e.  7th Avenue Garage basement storage area. If unlocked notify Shift Supervisor. Note on DAR and complete an incident report.

f.  6th Avenue Garage – Check penthouse east and west, and second floor storage rooms. If doors are unlocked notify Shift Supervisor. Note problem on DAR.

g.  While on patrol check all doors, blind areas, sleeping and hiding spaces. Always be on the look out for trespassing, and vandalism. Check between vehicles and under vehicles as patrols are being made. Be observant. If there is an incident in the garage, note license plate number, color and make of vehicle. Report incident to Shift Supervisor and record on your DAR. (Copy APA Operations Director a copy of incident report).

h.  Thoroughly check all common areas, corridors, stairwells, arctic entrances, etc. Ensure all doors are locked during required times. At no time will doors be propped open without special orders from a shift supervisor or contract administrator. Be observant.

i.  Transit Center: The Community Code of Conduct was developed for the Transit Center. The goal of the program provides information to violators to help educate them regarding their improper behavior. The end result of creating a friendly atmosphere conducive to patrons and tenants alike. Any person(s) acting objectionably will be given a "Community Code of Conduct" brochure and will have code explained to them. The person(s) are asked to correct the objectionable behavior immediately. If patron(s) continues the objectionable behavior then the patron(s) is asked to leave the facility. It is important that the patron(s) is explained the objectionable behavior. If patron(s) does not leave and continues the objectionable behavior as outlined in the "Community Code of Conduct" the patron(s) will be banned for 30 days. All appropriate paperwork is to be completed at this time. If banned individual trespasses within 30-day ban it is extended to 60 days. The third trespass is a 90-day ban. If there is a trespass; within the 90-day ban already imposed there will be a new 90-day ban beginning at time of new trespass. It is always better to have patron(s) acting objectionably to leave the premises.

j.  Intoxicated Patron(s): Any patron(s) acting as if he or she has consumed an intoxicating substance and is a danger to themselves or those around them will be immediately detained and CSP or APD contacted for assistance. Use your 30, 60, 90 day ban procedures. Any individual(s) appearing to have consumed an intoxicating substance and is maintaining control of themselves and not a nuisance will be approached and asked if they are waiting for a bus, in need of help, or hanging out. If they are waiting for a bus, note the time of contacting the individual(s) and time they are to get on the bus. Ask them to take a seat and wait quietly. Monitor the situation and if individual(s) does not get on a bus at specified time or become a nuisance while waiting, asked patron to leave or use your ban procedures. Patrons have a maximum of two hours in the Transit Center.

k.  The ban policy should be the last resort. It is always better to ask patrons that are acting objectionable or appear to have consumed an intoxicating substance, but under control to ask them to leave the premises. It is less paper work for all concerned. If individual(s) are banned a picture of the individual

8
14 of 17

will be taken and report forms completed. Information is retained in a file cabinet for future reference.

l. Check G Street booth during and after hours.

7. Mall Opening and Closing Procedures

a. Open-up 7th Avenue Garage: Monday - Friday unlock elevator lobbies no later than 6:00am. Saturday unlock lobbies no later than 7:30am. Sunday and holidays unlock no later than 1000 hours. Holidays when Transit Center is closed leave locked all day.

b. Close-up 6th Avenue Garage: Monday-Friday lock elevator lobbies at 8:30pm. Saturday 6:30pm and Sunday 3:30pm.

c. Open-up 6th Avenue Garage (Transit Center): Monday – Sunday open up garage and Transit Center no later than 6am.

d. Close 6th Avenue Garage: Second floor mezzanine doors are to be locked daily at 6:00pm to include center stairways closed to pedestrian traffic. Monday – Friday the east end common area locked at 9:30pm. Entire common area locked at 11:00pm. Outside west and east stairwells and elevator lobby's locked at 1:00am every day. Saturday east end of common area locked at 9:30/10:00pm and entire common area locked at 10:00pm. Sunday, east end of common area locked at 5:30pm and entire common area locked at 6pm.

8. Fire Alarms at 6th Transit Center Facility & Garage and 7th Avenue Garage

a. Both 6th and 7th Avenue facilities are protected by a fire alarm system. Both facilities are monitored by an alarm monitoring company and will call the Shift Supervisor at time system indicates a problem.

b. The alarm system at 6th Avenue will record (2) two different types of alarms. The first is a fire alarm (zone 1) and the other is a trouble alarm (zone 2). The alarm monitoring company after activation of an alarm will call the Shift Supervisor and report one of the two types of alarm. A security officer is to report to the enunciator panel at west end of transit center and verify a zone 1 or zone 2 alarm and identify location. The location of alarm as shown on the enunciator panel is to be reported to the Shift Supervisors. Alarm bells and sirens will be sounding. **Zone One** alarm, the fire department will roll automatically and security officer is to meet the fire department at the enunciator panel at west end of transit center and lend assistance if asked. If the alarm panel shows a fire in the transit center or second floor, the facility is to be evacuated immediately and other areas as necessary. If there is a second security officer on duty, he or she is to clear the facility of all patrons. If no other security officer is available, use the radio to request assistance with evacuation. Shift Supervisor contacts Maintenance One. The fire department, security, or maintenance resets fire alarm panel. **Zone Two** alarm bells and sirens will be activated. The Shift Supervisor will be notified by the alarm monitoring company. A security officer is to report to the alarm panel at west end of transit center and verify the location of the zone two alarm and report findings to Shift Supervisor. A zone two alarm, the fire department does not

roll. With a zone two alarm the security officer reading the enunciator panel is to check out the area of building the enunciator panel is indicating as a problem area. Ascertain whether there is a problem in the area and report back to the enunciator panel. The Shift Supervisor notifies maintenance and resets panel. Shift Supervisor is to report to alarm monitoring company that system has been reset.

c. The alarm system at 7th Avenue Garage will record only one type of alarm. The fire department rolls when 7th Avenue Garage is activated. Alarms sound on the outside of 7th Avenue. The alarm monitoring company will call the Shift Supervisor. The Shift Supervisor is to call Maintenance. Maintenance will reset alarm panel at 7th Avenue Garage.

## POST TWO SECURITY OFFICER ASSIGNMENT/POST ORDERS (5TH AVENUE PARKING FACILITY)

1. (See Post Orders One) Complete items 1 through 6.

2. Post Two rounds for all shifts

   a. Conduct a complete walk through of the entire parking facility. Exterior, hallways, elevator and lobbies, stairways. The officer at the beginning of their shift must make a complete and thorough security round to ensure everything is in order. Note any problems in the DAR as well as the pass on log. If there are unlocked door(s), notify the shift supervisor immediately.

   b. Pipe Patrol: This is an extremely important function for security and APA. Each officer on day shift is required to complete five (5) pipe patrol rounds. Midnight shift is to complete seven (7) pipe patrol rounds. Note all incidents on your DAR and inform shift supervisor.

   c. The security booth at the B Street entrance is for warm-up only. At no time will there be more than two security guards in the booth at the same time. Security guards are to be making themselves visible to the general public and not camping in the security booth. Five minutes only at any one time in the booth to make DAR entries etc.

   d. There is no skateboarding, roller skating, bicycling, etc. allowed in the garage. The only people who should be in the garage are our parking patrons. There will be no loitering on any APA property. If a vehicle or tenant space is found unlocked in some way, log the circumstances surrounding the incident in your DAR.

   e. When traffic is especially heavy within the garage, a security officer will position himself/herself at the top of B Street ramp and control the exit of vehicles between B Street and C Street. This will maximize exiting traffic flow.

   f. Check all booths during and after hours.

3. Opening and Closing Procedures

    a. The facility should be unlocked at 6:00am each day. The outside stairwells at street level should remain locked other than for special events. Shift Supervisor will inform security officers at 5th when all doors are to be unlocked. The back hallway to the Fifth Avenue lease space is to be locked at all times.

    b. Closing-up – The Fifth Avenue Garage first floor lobby doors are to be locked at 1:00am.

    c. C Street ramp barricades – barricades are to be set-up on top of ramp when all the C Street parking attendant booths are closed. Parking Attendants will notify security when barricades are to be removed.

    d. While patrolling, look between, under, and behind the vehicles  for signs of trespassers or vandalism. Thoroughly check all common areas, corridors, etc., and ensure all doors are locked during required times. Check all vents, blind areas, locked doors, and possible sleeping/hiding spaces. At no time will doors be propped open.

    e. The fourth level lobby (Sky bridge) – The outside area has become over time a hangout for 5th Avenue Mall employees to take cigarette breaks. Security is to monitor the area and not allow this activity in this area.

4. Fire Alarm/Elevators

    a. The parking garage facility itself does not have a fire alarm system. If there is a car fire etc. call the fire department immediately. There are fire extinguishers strategically placed throughout the facility.

    b. The elevator and lobby have smoke detectors. If these units are activated the three elevators will respond to the 1st floor and door will remain open. Shift Supervisor and Maintenance One or Two are to be notified. Check elevators and lobbies for fire. If it is a false alarm ask for authorization to reset fire alarm system from Maintenance or Shift Supervisor. If there is a fire call 911.

    c. Elevator Malfunction. The three elevators at 5th Avenue Garage have emergency phones in them. The elevator company monitors the phones and if someone needs assistance such as illness or elevator malfunction the monitoring company will notify security. Maintenance is to be notified and then the elevator company. Security should stay at the level (lobby) of the elevator and monitor the situation. Keep the individual(s) in the elevator informed.