# Purcell Services LTD
## Incident Report
### For
### Anchorage Parking Authority

Date of Incident: __01/29/04___  Time of Incident __@1740__  Type of Incident: _____
(Medical, vandalism, accident)

Persons Involved in Incident
C=Complainant, S=Suspect, V=Victim, W=Witness

| Type | Name | Address | Phone # |
|---|---|---|---|
| S | Howard Hughes | | |
| | | | |
| | | | |
| | | | |

Nature of Incident: As I was finishing some of the paperwork on another ban, I watched the individual that had been banned stop to talk to two other individuals (males). S/O Miller exited the security office to tell the banned individual that she had to leave. I saw an exchange of words between S/O Miller the female who was banned and the two men. One of the men took off quickly while the second one became agitated with S/O Miller. I heard S/O Miller radio for S/O Cronk to 10-5 to her location. A short time later both S/O Miller and S/O Cronk came back into the security office and asked if I would talk to this individual who had cussed at her and who was giving her a hard time. I departed the security office with S/O Miller to talk to the man. When I approached him (Mr. Hughes), I asked him what the problem was and what bus was he waiting for. He started to cuss at me saying that he didn't have to tell me and that he stay here as long as he wanted. I asked him why he had not gotten on bus 45 as he had told my security officer that that is what he was waiting for. He replied, "Go Fuck Yourself, I changed my mind" I tried to explain to Mr. Hughes that he needed to catch his bus and leave. He continued his verbal obscenity tirade at which time I told him that he had three options: one he could leave the transit center, two he could catch his bus (bus 45), or three that I could call APD to come and escort him off of the property. Mr. Hughes took two steps forward towards me and started screaming into my face for me to arrest him and call APD that he was not going to leave. I tried to get Mr. Hughes to calm down, but he refused. He, Mr. Hughes, started to swing at me, at which time S/O Cronk and I restrained Mr. Hughes, put him in handcuffs and brought him to the security office and called APD. While we were waiting for APD to arrive, Mr. Hughes refused to sit down but instead did everything he could to not cooperate. He was screaming obscenities at the top of his lungs, paced the office, and tried to climb over the desk. We tried to take his picture, but he refused. During one attempt, Mr. Hughes charged S/O Miller and only the quick intervention by S/O Cronk prevented him, Mr. Hughes, from driving S/O Miller into a window frame. S/O Cronk held Mr. Hughes from then until APD arrived. The entire time, Mr. Hughes continued his verbal tirade trying to provoke us. When APD arrived, I met them outside of the office and briefed them of the situation. Upon them, APD, entering the office, Mr. Hughes, turned his verbal assault on them. He, Mr. Hughes, claimed that we were prejudice towards him and that we had targeted him because he was black. At no time did we say any derogatory remarks towards Mr. Hughes. APD attempted to calm Mr. Hughes down, took him outside and escorted him off of the property.

Medical Services Requested: Y___ N __    Police Notified: Y_X_ N___ Officer
Name: __Evans/Horvath__
Time Called: ____                        Time Called: __1740__
Time of Arrival: ____                    Time of Arrival: _1750_
Paramedic: ____                          Case # ____

Does further action need to be taken: Y____ N___.

Responding Officers: Gordon Swieter