# Purcell Services LTD
## Incident Report
### For
### Anchorage Parking Authority

Date of Incident:__1/29/04__ Time of Incident __1740__ Type of Incident : _Report_
(Medical, vandalism, accident)

Persons Involved in Incident
C=Complainant, S=Suspect, V=Victim, W=Witness

| Type | Name | Address | Phone # |
|------|------|---------|---------|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |

Nature of Incident: At 1740 1/28/04, I (S/O Cronk) responded to a call on the radio to 10-5 by the phone booths, when I arrived at the scene of the problem Howard Hughes was becoming very upset with S/O Miller's request for him to catch his bus. We then went to the office to speak to S/O Swieter, when we returned to Mr.Hughes he became very upset and started cursing at S/O officers Miller and Swieter. We then asked him to accompany us to the office, he refused to come so we asked him if we needed to put him in cuffs, he said "Yes, put me in cuffs, arrest me!" When we got him into the office he not only refused to sit but was also calling us "cocksuckers" at the top of his lungs. Several people asked me what was going on in the office because they could hear the man all the way out in the lobby. He refused to let us take his picture for a very long time, when S/O Miller was finally in a position to take a picture, Mr. Hughes charged at S/O Miller. I then grabbed him and diverted him away from S/O Miller towards the outside door, then I pulled him back in and towards the chair in the east end corner of the office. I then proceeded to hold him by his arms until the police arrived. When the police showed up I let him go, because I no longer feared for the safety of my co-workers or myself. A few minutes later I was called on the radio to a different situation and I left the office. When I arrived back at the office, Mr. Hughes had already been released by the police and was gone.

Medical Services Requested: Y___N___    Police Notified: Y_X_ N___ Officer
Name:_Evans/Horvath___
Time Called: ____    Time Called: _____
Time of Arrival: _____    Time of Arrival: _____
Paramedic: _____    Case # _____

Does further action need to be taken: Y____ N___.

Responding Officers: Jasen Cronk

*10*
*1 of 1*