Thomas M. Daniel, Esq.
Jacob B. Nist, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com
jnist@perkinscoie.com

Attorneys for Defendants NANA Management Services, LLC d/b/a Purcell Security Services and Anchorage Parking Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOWARD HUGHES,<br><br>        Plaintiff,<br><br>v.<br><br>PURCELL SECURITY, et al.,<br><br>        Defendant. | Case No. 3:05-cv-0014-tmb |

**PROPOSED ORDER**

Having considered defendants Purcell Security Services and Anchorage Parking Authority's motion for summary judgment, any opposition thereto, and good cause appearing;

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws                - 1 -                [/AA062020.001]

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED: _____.

_____
Timothy M. Burgess
U.S. District Court Judge

I hereby certify that on July 21, 2006, a true and correct copy of the foregoing was served by mail on Howard Hughes and electronically on Mark Ertischek

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws

- 2 -

[/AA062020.001]