Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendants NANA Management Services, LLC d/b/a Purcell Security Services and Anchorage Parking Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HOWARD HUGHES,

        Plaintiff,

v.

PURCELL SECURITY, et al.,

        Defendants.

Case No. 3:05-cv-0014-tmb

**NOTICE TO COURT REGARDING PLAINTIFF'S ADDRESS**

Please take notice that to the best of the defendants' knowledge, the address listed for plaintiff on the court's electronic filing system is not current. Defendants believe that the plaintiff's most current address is 7100 Stella Street, No. 1, Anchorage, Alaska 99507. Mail sent to the plaintiff at the address listed on the electronic filing system (3300 Tarwater Street, No. 2, Anchorage, Alaska 99508) has consistently been returned by the U.S. Postal Service.

Additionally, defendants NANA Management Services d/b/a Purcell Security Services and Anchorage Parking Authority's Motion for Summary

NOTICE TO COURT
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws     - 1 -     [11402-0014/AA062060.008]

Judgment filed on July 21, 2006, was mistakenly sent to plaintiff at the Tarwater Street address. Another copy was mailed to the plaintiff on July 24, 2006, at the Stella Street address.

DATED: July 25, 2006.

> PERKINS COIE LLP
> Attorneys for Defendants NANA Management Services, LLC d/b/a Purcell Security Services and Anchorage Parking Authority
>
>
> s/Thomas M. Daniel
>   Alaska Bar No. 8601003
>   1029 West Third Avenue, Suite 300
>   Anchorage, Alaska 99501
>   907/279-8561

I hereby certify that a true and correct copy of the foregoing is being served on Howard Hughes and Mark Ertischek this 25th day of July, 2006.
s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE TO COURT
HUGHES v. PURCELL, et al.
Case No. 3:05-cv-14-jws         - 2 -         [11402-0014/AA062060.008]