**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

HOWARD HUGHES,
    Plaintiff,

                                    Case Number 3:05-cv-00014-TMB

v.

PURCELL SECURITY AUTHORITY,
E. MILLER, SECURITY OFFICER,
ANCHORAGE PARKING AUTHORITY,
AND MUNICIPALITY OF ANCHORAGE,
    Defendant.                    **JUDGMENT IN A CIVIL CASE**

\_    **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the plaintiff take nothing and that the action be dismissed on the merits.

APPROVED:

**REDACTED SIGNATURE**

TIMOTHY M. BURGESS
United States District Judge

Date: December 22, 2006

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                               IDA ROMACK
                                      Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}